**Opinion issued March 7, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-18-00633-CV**

———————————

**DAVID HOTZE, DONNA HOTZE, AS TRUSTEE OF THE DAVID N. HOTZE 2012 FAMILY TRUST, AND BRUCE HOTZE, Appellants**

**V.**

**BANK OF AMERICA, Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-36300A**

---

## MEMORANDUM OPINION

Appellants David Hotze and Donna Hotze, as Trustee of the David N. Hotze

2012 Family Trust, filed a motion to dismiss their appeal in November 2018. We

granted that motion by order of December 18, 2018. Because appellant Bruce Hotze

did not join in the motion to dismiss, his appeal remained pending and his brief has been due since November 29, 2018.

The Court issued notice to Bruce Hotze on January 11, 2019, advising him that his appeal might be dismissed for want of prosecution unless his brief or a motion for extension was filed within 10 days. No brief or motion was filed.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b); 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.